# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re:

    **Wendy A. Weston**                                 Chapter 13
    SSN:xxx-xx-2848                               Case#:15-10500-WCH

## ORDER CONFIRMING CHAPTER 13 PLAN

    The Debtor(s) filed a Chapter 13 Plan (the "Plan") on <u>February 13, 2015.</u> The Debtor(s) filed a Certificate of Service on <u>February 13, 2015</u>, reflecting that the Plan was served on all creditors and parties in interest. No objections to the confirmation of the Plan were filed, or all objections were overruled by the Court or resolved by the parties. Upon consideration of the foregoing, the Court hereby orders the following:

    1.    The Plan is confirmed. The term of the Plan is <u>36</u> months.

    2.    The Debtor(s) shall pay to the Chapter 13 Trustee the sum of <u>$50.00</u> per month commencing <u>March 1, 2015</u> which payments shall continue through the completion of the Plan and shall be made on the <u>1st</u> day of each month unless otherwise ordered by the Court. Payments shall be made by Money Order or Bank Treasurer's check (personal checks will not be accepted) and shall be made payable to and forwarded to: <u>Carolyn A. Bankowski, Chapter 13 Trustee, P.O. Box 1131, Memphis, TN 38101-1131.</u>

    3.    The effective date of confirmation of the Plan is <u>March 1, 2015.</u> The disbursements to be made by the Chapter 13 Trustee pursuant to the confirmed plan are set forth on the attached summary which is incorporated by reference. Interested parties should consult the detailed provisions of the Plan for treatment of their particular claims and other significant provisions of the Plan. Unless otherwise ordered by the court, all property of the estate as defined in U.S.C.§§ 541 and 1306, including, but not limited to, any appreciation in the value of real property owned by the debtor as of the commencement of the case, shall remain property of the estate during the term of the plan and shall vest in the debtor(s) only upon discharge. All property of the estate shall remain within the exclusive jurisdiction of the bankruptcy court. The debtor(s) shall not transfer, sell or otherwise alienate property of the estate other than in accordance with the confirmed plan or other order of the bankruptcy court. The debtor shall be responsible for preserving and protecting property of the estate.

Dated: _____                                             _____
                                                                          United States Bankruptcy Judge    07/24/2015

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

**In re:**

**Wendy A. Weston**　　　　　　　　　　**Chapter 13**
**SSN:xxx-xx-2848**　　　　　　　　　　**Case#:15-10500-WCH**

## SUMMARY OF DISBURSEMENTS TO BE MADE UNDER THE PLAN

1. **Modified Secured Claims**

The secured claim of Citimortgage, Inc. is modified as follows: The secured claim of Citimortgage, Inc. for the second mortgage against 110 Alava Street, New Bedford, MA in the amount of $34,960.00 shall be treated as wholly unsecured and is addressed in Section 5 below. Upon confirmation and completion of the Debtors' Chapter 13 Case and receipt of a Discharge, said Discharge Order shall discharge the mortgage recorded at the Bristol South Registry of Deeds in Book 8349, Page 326.

2. **Unmodified Secured Claims**

Ocwen Loan Servicing, LLC is retaining its lien on 110 Alava Street, New Bedford, MA for first mortgage. The Debtor(s) shall continue to make regular monthly payments in accordance with the contract with Ocwen Loan Servicing, LLC.

3. **Administrative Claims**

Troy D. Morrison, Esq. will be paid $500.00 over 12 months.

4. **Priority Claims**

None

5. **Unsecured Claims**

The holders of unsecured claims totaling $56,910.65* shall receive a dividend of no less than 1.97%.

* This amount includes the unsecured claim arising after cramdown of Citimortgage, Inc. in the amount of $34,960.00.

6. **Other Pertinent Provisions**

None

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

**In re:**

**Wendy A. Weston**  **Chapter 13**
**SSN:xxx-xx-2848**  **Case#:15-10500-WCH**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the within proposed order of confirmation was served upon the debtor, debtor's counsel of record and all parties and attorneys who have filed appearances and requests for service of pleadings, per the following service list, by first class mail, postage prepaid.

Dated: June 23, 2015

    Respectfully submitted.
    By: **/s/ Carolyn A. Bankowski, Esq.**
    BBO #631056
    Standing Chapter 13 Trustee
    PO Box 8250
    Boston, MA 02114
    (617) 723-1313

## SERVICE LIST

| | |
|---|---|
| Wendy A. Weston<br>110 Alava Street<br>New Bedford, MA 02746 | Troy D. Morrison, Esq.<br>Morrison & Associates, P.C.<br>255 Park Avenue<br>Suite 702<br>Worcester, MA 01609 |
| MDOR/CSE<br>P.O. Box 9561<br>Boston, MA 02114 | |