IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| | * | |
| WENDY A. WESTON, | * | CASE NO.:  15-10500-JNF |
|     DEBTOR(S) | * | |
| | * | |

## MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE

    I, Wendy A. Weston (hereinafter "the Debtor"), hereby move for an entry of a Chapter 13 discharge.  In support thereof, I rely on the attached Affidavit in support of the Motion for Entry of Discharge filed herewith.

    WHEREFORE, the Debtor moves for an entry of a Chapter 13 discharge.

                                     Wendy A. Weston
                                     By Her Attorney,


                                   /s/ Troy D. Morrison
                                   Troy D. Morrison (BBO # 635389)
                                   Morrison & Associates, PC
                                   255 Park Avenue, Suite 1000
                                   Worcester, MA 01609
                                   (508) 793-8282
                                   tmorrison@morrisonlawpc.net


Dated:  April 3, 2018

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE:      *    CHAPTER 13

WENDY A. WESTON,    *    CASE NO.: 15-10500-JNF
    DEBTOR(S)

## AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DISCHARGE

In support of the Motion for Entry of Discharge I, Wendy A. Weston, hereby certify as follows:

1. I have paid all domestic support obligations payable under any judicial or administrative order or required by statute including:

    a. child support and spousal maintenance and alimony that were due on or before the date of the motion, including all payments due under the plan for amounts due before the petition was filed; and

    b. any domestic support obligations that arose after the filing of the petition.

2. I have completed a financial management course pursuant to 11 U.S.C. §1328(g)(1) and filed a certification of completion with the Court.

3. I have

    a. not claimed a homestead exemption in excess of the applicable cap described in 11 U.S.C. §522(q)(1), or

    b. claimed a homestead exemption in excess of such cap but there is no proceeding pending in which the debtor may be found guilty of a felony of the kind described in 11 U.S.C. §522(q)(1)(A) or liable for a debt of the kind described in 11 U.S.C. §522(q)(1)(B).

4. I hereby declare under the penalty of perjury that the foregoing is true and correct.

                         /s/ *Wendy A. Weston*
                         Wendy A. Weston

Dated: April 3, 2018

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| | * | |
| WENDY A. WESTON, | * | CASE NO.:  15-10500-JNF |
| DEBTOR(S) | * | |
| | * | |

**CERTIFICATE OF SERVICE**

    I, Troy D. Morrison, attorney for the within named, Wendy A. Weston, hereby certify that I have this 3rd day of April, 2018, served a copy on the following interested parties of the within Motion for Entry of Discharge, by mailing a copy thereof, via ECF and/or first class mail, postage prepaid, to the following parties:

- Carolyn Bankowski-13-12     13trustee@ch13boston.com
- John Fitzgerald     USTPRegion01.BO.ECF@USDOJ.GOV
- Troy D. Morrison     tmorrison@morrisonlawpc.net, morrisonlawpc@gmail.com;MorrisonTR39836@notify.bestcase.com

and by mailing a copy thereof, via first class mail, postage prepaid, to the following and to the attached list of creditors:

    **Best Buy/CBNA**
    Post Office Box 6497
    Sioux Falls, SD 57117

    **Capital One**
    P.O. Box 30281
    Salt Lake City, UT 84130

    **Capital One, N.A.**
    c o Becket and Lee LLP
    POB 3001
    Malvern, PA 19355-0701

    **Cavalry Spv 1, LLC**
    c/o Bass & Associates, P.C.
    3936 E. Ft. Lowell Rd, Suite &#035;200
    Tucson, AZ 85712

    **CITI**
    PO Box 6241
    Sioux Falls, SD 57117

**Citimortgage, Inc.**
PO Box 689196
Des Moines, IA 50368

**Comenity Bank/Victoria's Secret**
P.O. Box 182789
Columbus, OH 43218

**Discover Bank**
Post Office Box 15316
Wilmington, DE 19850

**Discover Bank**
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

**Kohls/Capone**
Post Office Box 3115
Milwaukee, WI 53201

**Ocwen Loan Servicing, LLC**
1661 Worthington Road, Ste. 100
West Palm Beach, FL 33409

**Portfolio Recovery Associates, LLC**
POB 41067
Norfolk VA 23541

**Santander Bank, N.A.**
601 Penn Street
10-6438-FB7
Reading, PA 19601

**Santander Bank, N.A.**
1130 Berkshire Blvd.
Reading, PA 19610

**Target NB**
PO Box 673
Minneapolis, MN 55440

**TD BANK USA, N.A.**
C O WEINSTEIN, PINSON, AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

**Teamwork Physical Therapy**
167 William Street
New Bedford, MA 02740

        **The Medical Security Program**
        Post Office Box 859251
        Braintree, MA 02185


        /s/ *Troy D. Morrison*
        Troy D. Morrison, Esquire

Dated:  April 3, 2018